EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Composición del Comité Asesor Permanente de Instrucciones al Jurado | 2024 TSPR 37<br><br>213 DPR ___ |
|---|---|

Número del Caso: EC-2024-0001

Fecha: 18 de abril de 2024

Materia: Composición del Comité Asesor Permanente de Instrucciones al Jurado.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Composición del Comité Asesor      EC-2024-0001
Permanente de Instrucciones
al Jurado

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de abril de 2024.

Mediante Resolución de 3 de marzo de 2017, EC-2017-02, este Tribunal reconstituyó el Comité para la Revisión del Manual de Instrucciones al Jurado (Comité Revisor), adscrito al Secretariado de la Conferencia Judicial y Notarial (Secretariado), con el propósito de actualizar el Proyecto del Libro de Instrucciones al Jurado presentado en septiembre de 2008. Tras el estudio y análisis de rigor, el 14 de octubre de 2021 el Secretariado presentó las recomendaciones del Comité Revisor para el Proyecto de Manual de Instrucciones al Jurado.

Así las cosas, este Tribunal, mediante Resolución de 25 de marzo de 2022, EC-2022-01, reconoció el cumplimiento de la encomienda delegada al Comité Revisor y renombró el Proyecto de Manual de Instrucciones al Jurado como el Libro de Instrucciones al Jurado (Libro). Además, constituyó el Comité Asesor Permanente de Instrucciones al Jurado (Comité de Instrucciones al Jurado) como organismo adscrito al Secretariado. Entre otras cosas, le facultamos para revisar de manera continua el ordenamiento penal vigente con el objetivo de mantener actualizado el Libro. In re Aprob. Libro Inst. Jurado, 208 DPR 1042 (2022).

Al presente, el Comité de Instrucciones al Jurado, con el apoyo del Secretariado, trazó un plan de trabajo para cumplir con su encomienda de revisar continuamente el Libro. En consideración a lo anterior, y en reconocimiento a su dedicación al estudio del derecho penal, experiencias como profesor, abogado y antiguo colaborador del Comité Revisor, designamos al Lcdo. Oscar Miranda Miller como integrante del Comité de Instrucciones al Jurado.

Por otro lado, este Tribunal reconoce y agradece las valiosas aportaciones de los licenciados José Andréu Fuentes y Harry Anduze Montaño mientras formaron parte del Comité Revisor, así como su colaboración con el cumplimiento de la encomienda que concluyó con la aprobación del Libro. Con la satisfacción del deber cumplido, les relevamos de sus funciones como integrantes del Comité de Instrucciones al Jurado.

Habida cuenta de lo anterior, la composición del Comité de Instrucciones al Jurado quedará como sigue:

1. Hon. Julio de la Rosa Rivé, como su Presidente
2. Hon. Wanda Cruz Ayala
3. Hon. Ana Paulina Cruz Vélez
4. Prof. Ernesto L. Chiesa Aponte
5. Lcdo. Félix Fumero Pugliessi
6. Lcdo. Oscar Miranda Miller
7. Lcda. Blanca T. Portela Martínez
8. Lcdo. Héctor Quiñones Vargas
9. Lcda. Ygrí Rivera Sánchez
10. Representante de la Oficina de la Jefa de Fiscales
11. Lcda. Bárbara M. Sanfiorenzo Zaragoza
12. Lcda. Berthaida Seijo Ortiz
13. Lcda. Ana María Strubbe Ramírez
14. Representante de la Sociedad para Asistencia Legal

Esta Resolución tendrá vigencia inmediata.

Notifíquese a la Directora del Secretariado de la Conferencia Judicial y Notarial, al Lcdo. José Andreu Fuentes, al Lcdo. Harry Anduze Montaño y al Lcdo. Oscar Miranda Miller.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo